JWV/JPM: May 2014

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>NORTHWESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **AMY L. ATHERTON** | ) |

## <u>INFORMATION</u>

**<u>COUNT ONE</u>: (18 U.S.C. § 1001)**

The United States Attorney charges:

That on or about the 9th day of May, 2013, in Lauderdale County, within the Northern District of Alabama, the defendant,

**AMY L. ATHERTON**,

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the executive branch of the Government of the United States, in that she falsely advised and stated to a Special Agent of the Federal Bureau of Investigation and to an Investigator with the United States Department of Labor, Office of Labor-Management Standards, that during the time she was employed as the Office Manager for the Laborers' International

Union of North America, Local 366 in Sheffield, Alabama, that she told a Certified Public Accountant, C.H., and his office manager, P.I., who did accounting work for the Local 366, what she was "doing with the books" of the Local 366 "to cover" for K.H. by falsifying data, and that C.H. had advised her that she needed to protect herself from the things K.H. was doing at the Local 366, when she then and there well knew and believed said statement was materially false, fictitious, and fraudulent, in violation of Title 18, United States Code, Section 1001.

                                             JOYCE WHITE VANCE
                                             United States Attorney

                                                 /s/
                                             J. PATTON MEADOWS
                                             Assistant United States Attorney